**DUPLICATE MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
UNITED STATES COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

**ROSEANN B. MACKECHNIE**
  CLERK

DC Initials: CTDC /NHCT
DC DKT # 00-cv-298
DC Judge : Burns

At a stated term of the United States Court of Appeals for the Second Circuit, held at the United States Courthouse, Foley Square, in the City of New York, on the 7th day of December two thousand one.

---

MARY TYSZKA,

    Plaintiff - Appellant,

v.

EDWARD MCMAHON AGENCY, EDWARD J. MCMAHON,
NATIONWIDE MUTUAL FIRE INSURANCE, a/k/a Nationwide
Insurance and STEVEN MILES, Regional Manager,

    Defendants - Appellees.

dkt #: 01-9284



---

The Civil Appeal Management Plan of this Court Directs that within the (10) days after filing a Notice of Appeal, the Appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and, that in the event of default of any of these requirements, the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof, it is ordered that the appeal from the order of 9-26-01 United States District Court for C.T.D.C. be and it hereby is dismissed.

ROSEANN B. MACKECHNIE, Clerk

By: Angela Brogna
Deputy Clerk / USCA

A TRUE COPY
Roseann B. MacKechnie, Clerk

CERTIFIED: DEC - 7 2001